UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT C. SMITH,

    Plaintiff,

v.     Civil Action No.: 3:09cv554

EVB, et al.,

    Defendants.

## DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' JANUARY 19, 2010 MEMORANDUM IN SUPPORT OF JOINT MOTION TO DISMISS

Defendants EVB and Archie C. Berkeley, by their respective counsel, file this Opposition to the Motion of Plaintiff Robert C. Smith ("Smith") (Doc. # 13, hereinafter "Smith Motion"), seeking leave to file a response to Defendants' Reply Memorandum in Support of Defendants' Joint Motion to Dismiss Pursuant to Rules 12(b)(6) and 56, which Defendants filed on January 19, 2010 (Doc. # 12, hereinafter "Defendants' Reply").[1]

## STATEMENT OF MATERIAL PROCEEDINGS

On September 18, 2009, Smith filed his Complaint against Defendants EVB and Archie C. Berkeley, Jr. ("Berkeley") alleging that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA" or the "Act"). On December 23, 2009, pursuant to

---

[1] Contrary to Local Rule 7(F)(1), Smith did not file a memorandum in support of his current Motion. Instead, Smith includes in his Motion the Memorandum he wishes to file in response to Defendants' Reply. (See Smith Motion, pp. 2-8.) Nevertheless, some portions of this memorandum address procedural matters pertinent to Smith's present Motion that require a response from Defendants to correct misstatements made by Smith. Defendants reserve the right to respond to substantive issues raised in Smith's memorandum if he is granted leave to file it.

Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure, EVB and Berkeley filed a Joint Motion to Dismiss the Complaint, with a supporting Memorandum and Affidavit ("Defendants' Motion").  Smith did not file his response to Defendants' Motion until January 12, 2010, more than a week after it was due.  Smith seeks to excuse the late filing of his response by claiming he was not properly served.  (See Smith Motion, p. 1, ¶ 3; pp. 2-3.)  Smith's recitation of the facts concerning service of Defendants' Motion is, however, incomplete and misleading.

Defendants' Motion was served by hand delivery to Smith's law office on December 23, 2009.  Separate copies were delivered, one addressed to Smith and one addressed to Richard Knapp, a member of the same law firm as Smith.[2]  To insure that Smith and Mr. Knapp were aware of the hand delivery of Defendants' Motion, on the following day a copy of the Motion was emailed to both attorneys and they were advised of the delivery to their office on the preceding day.  (See copy of email sent at 11:55 a.m. on December 24, 2009, attached as Exhibit A.)  While Smith claims that the hand-delivered copy of Defendants' Motion was not "discovered" until after the Christmas holidays (see Smith Motion, p. 3, fn. 1), he received the emailed copy on December 24 and was on notice that hand delivery had been made the preceding day.

Smith next claims that Defendants' Reply was not timely filed, citing Local Rule 7(F)(1). (Smith Motion, pp. 1, ¶ 4; p. 3.)  Smith is incorrect since Defendants were served by ECF and Rule 6(d), Fed. R. Civ. P., adds three days to the response time for any pleading served by

---

[2] As indicated on pleadings he has filed in this case, Smith is a member of the law firm of Richard Knapp and Associates, P. C.  Mr. Knapp, another member of that firm, has previously appeared at hearings in the companion state court case to present oral argument on behalf of Smith and Piedmont Construction 1, LLC, the plaintiffs in that case.  Defendants believe that Mr. Knapp is also assisting Mr. Smith in this case.  Smith's status as a practicing attorney, working with the assistance of another attorney, militates against Smith's receiving treatment normally accorded to *pro se* parties.

electronic means.  Defendants' Reply was thus not due until January 19, since January 18 was a federal holiday.[3]

In their January 19 Reply, Defendants pointed out that, contrary to the requirements of Rule 56(e)(2), in responding to Defendants' Motion Smith had not filed any affidavits in support of his factual contentions.  Thereafter, on January 25, 2010, Smith belatedly filed an affidavit executed by Carroll D. Hurst and Smith's own notarized statement saying that everything in his response to Defendants' Motion was true.[4]  Smith nevertheless failed to make a motion allowing the late filing of these affidavits, nor did he provide the affidavit required by Rule 56(f) explaining why he could not file the affidavits with his response to Defendants' Motion.

Smith's present Motion was also filed on January 25, 2010 and served on Defendants by ECF.  The following day, the Court entered an Order (Doc. # 14, hereinafter "January 26 Order") giving Plaintiff notice pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 1975) and granting Plaintiff 20 days in which to file a response to Defendants' Motion.  The Order does not mention Plaintiffs' present Motion and the Court, through its Law Clerk, confirmed that the Order was not intended to address this Motion.

As discussed below, the January 26 Order moots Smith's present Motion and it should therefore be denied.

---

[3] Smith is likewise incorrect in contending that Defendants have waived their Motion by not setting the Motion for a hearing.  (See Smith Motion, p. 3.)  On January 20, 2010, Defendants' counsel telephoned the Court's Law Clerk, Ms. Stewart, to schedule a hearing.  Ms. Stewart advised that the Court would decide the Motion on the papers unless Defendants wanted a hearing.  Ms. Stewart was told that Defendants were willing for the Court to decide the Motion without a hearing.

[4] The Clerk's stamp erroneously says these affidavits were filed on December 25, 2009.

**ARGUMENT**

The January 26 Order grants Smith the opportunity to further respond to Defendants' Motion to Dismiss. Although Smith's new response should be limited to responding to the initial arguments made in Defendants' December 23, 2009 Memorandum in Support of their Motion, Smith's response will undoubtedly also address matters raised in Defendants' January 19, 2010 Reply. Defendants will respond to Smith's new response when it is filed, but Defendants should not have to also respond to the memorandum Smith seeks to file pursuant to his present Motion. There is, therefore, no reason to grant the present Motion and the Motion should be denied as moot.

**CONCLUSION**

For the foregoing reasons, Defendants request that the Court enter an Order denying Plaintiff's Motion for Leave to File a Response to Defendants' January 19, 2010 Memorandum.

        Respectfully submitted,

        EVB

        By Counsel

/s/ S. Miles Dumville
S. Miles Dumville (VSB No. 15748)
Travis A. Sabalewski (VSB No. 47368)
Stacy L. Haney (VSB No. 71054)
Alison Wickizer Toepp (VSB No. 75564)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
mdumville@reedsmith.com
tsabalewski@reedsmith.com
shaney@reedsmith.com
atoepp@reedsmith.com
    Counsel for Defendant EVB

/s/ Michele A. Mulligan
Michele A. Mulligan, Esq. (VSB No. 32068)
McSweeney, Crump, Childress & Temple, P.C.
11 South 12th Street
P.O. Box 1463
Richmond, VA 23218
Telephone: (804) 783-6839
Facsimile: (804) 288-0562
mmulligan@mcsweeneycrump.com
    Counsel for Defendant Archie C. Berkeley, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2010 a true and correct copy of the foregoing was served <u>by hand</u> and through CM/ECF on the following:

>Robert C. Smith, Esquire
>RICHARD KNAPP AND ASSOCIATES, P.C.
>2800 Patterson Avenue, Suite 101
>Richmond, Virginia 23221
>rob@rknappesq.com
>>Counsel for Plaintiff
>
>Richard J. Knapp, Esquire
>RICHARD KNAPP AND ASSOCIATES, P.C.
>2800 Patterson Avenue, Suite 101
>Richmond, Virginia 23221
>richard@rknappesq.com
>>Counsel for Plaintiff

>>/s/ S. Miles Dumville
>>S. Miles Dumville (VSB No. 15748)
>>Travis A. Sabalewski (VSB No. 47368)
>>Stacy L. Haney (VSB No. 71054)
>>Alison Wickizer Toepp (VSB No. 75564)
>>Reed Smith LLP
>>Riverfront Plaza - West Tower
>>901 East Byrd Street, Suite 1700
>>Richmond, VA 23219
>>Telephone: (804) 344-3400
>>Facsimile: (804) 344-3410
>>mdumville@reedsmith.com
>>tsabalewski@reedsmith.com
>>shaney@reedsmith.com
>>atoepp@reedsmith.com
>>>Counsel for Defendant EVB