UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT C. SMITH,

      Plaintiff,

v.                                                    Civil Action No.: 3:09cv554

EVB, et al.,

      Defendants.

## **NOTICE**

PLEASE TAKE NOTICE, that counsel for Defendant, Archie C. Berkeley, Jr., is now associated with the law firm of MercerTrigiani LLP, and respectfully requests that all future notices, pleadings and other filings be directed as follows:

            Michele A. Mulligan, Esquire
            MercerTrigiani LLP
            11 S. 12th Street, Suite 401
            Richmond, VA 23219
            PH: (804) 888-8803
            FAX: (804) 888-8813
            E-mail: Michele.Mulligan@MercerTrigiani.com

            ARCHIE C. BERKELEY, JR.

            /s/ Michele A. Mulligan
            Counsel

Michele A. Mulligan, Esq. (VSB No. 32068)
MercerTrigiani LLP
11 S. 12th Street, Suite 401
Richmond, VA 23219
Telephone: (804) 888-8803
Facsimile: (804) 888-8813
E-mail: Michele.Mulligan@MercerTrigiani.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2010, a true and correct copy of the foregoing Notice was served by first class mail, and through CM/ECF on the following:

    Robert C. Smith, Esq.    **By Mail**
    RICHARD KNAPP AND ASSOCIATES, P.C.
    2800 Patterson Avenue, Suite 101
    Richmond, Virginia 23221
        Counsel for Plaintiff

    S. Miles Dumville, Esq.    **By ECF**
    Travis A. Sabalewski, Esq.
    Stacy L. Haney, Esq.
    Reed Smith LLP
    Riverfront Plaza - West Tower
    901 East Byrd Street, Suite 1700
    Richmond, Virginia 23219
        Counsel for Defendant EVB

    /s/ Michele A. Mulligan
    Michele A. Mulligan, Esq. (VSB No. 32068)
    MercerTrigiani LLP
    11 S. 12th Street, Suite 401
    Richmond, VA 23219
    Telephone: (804) 888-8803
    Facsimile: (804) 888-8813
    Email: Michele.Mulligan@MercerTrigiani.com

    Counsel for Defendant Archie C. Berkeley

R0011014