UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT C. SMITH,

          Plaintiff,

v.

EVB and ARCHIE C. BERKELEY, JR.,

          Defendants.

Action No. 3:09-CV-554

## ORDER

THIS MATTER is before the Court on three Motions filed by Plaintiff Robert C. Smith: (1) Plaintiff's Motion to File Under Seal Exhibit A to Motion to Extend Time for Filing Response to Defendants' Motion for Attorney's Fees (Doc. No. 59); (2) Plaintiff's Motion to Amend Time for Filing Response Pursuant [*sic*] Failure to Act Because of Excusable Neglect Pursuant to Rule 6(b)(1)(B) (Doc. No. 60); and (3) Plaintiff's Motion to Alter Court's August 5, 2010 Judgment Pursuant to FRCP 59(e) (Doc. No. 61).  Upon due consideration, and for the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motions are all HEREBY DENIED.

Plaintiff is notified that he may appeal this Order by filing a Notice of Appeal within thirty (30) days, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

Let the Clerk send a copy of this Order to the *pro se* Plaintiff and all counsel of record.

2

It is SO ORDERED.

                                  _____/s/_____
                                  James R. Spencer
                                  Chief United States District Judge

ENTERED this  12th   day of November 2010